■ RAYMIN CABRERA et al., Respondents, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants, et al., Defendant. [937 NYS2d 848]

Defendant Department of Education (DOE) is not entitled to

summary judgment because there is sufficient evidence in the record to raise a question of fact as to whether it knew of a recurring dangerous condition in the fence and routinely left it unaddressed (*see Uhlich v Canada Dry Bottling Co. of N.Y.*, 305 AD2d 107 [2003]) or whether it undertook repairs and performed them negligently (*see e.g. Grossman v Amalgamated Hous. Corp.*, 298 AD2d 224, 226-227 [2002]).

The City is not a proper party to this action (*see Bailey v City of New York*, 55 AD3d 426 [2008]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Richter and Abdus-Salaam, JJ.